UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NUR MOHAMED NUR, | CASE NO. C24-0666-KKE |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| HELEN LAFAVE et al., | |
| Defendants. | |

This matter comes before the Court on its own motion. Plaintiff filed this case on May 14, 2024. Dkt. No. 1. No action has been taken on the case since that date. Under Federal Rule of Civil Procedure 4(m), Plaintiff must serve the complaint within 90 days of filing. Fed. R. Civ. P. 4(m). Accordingly, Plaintiff is ORDERED to show cause no later than December 30, 2024, why this case should not be dismissed for failure to prosecute. If Plaintiff does not respond to this order, the Court will dismiss the case without prejudice.

The Clerk is instructed to mail a copy of this order to the last known address of the pro se Plaintiff.

Dated this 9th day of December, 2024.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1