1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| NUR MOHAMED NUR, | CASE NO. C24-0666-KKE |
| Plaintiff, | |
| v. | ORDER TO PROVIDE PROOF OF SERVICE |
| HELEN LAFAVE et al., | |
| Defendants. | |

Plaintiff filed this case on May 14, 2024.  Dkt. No. 1.  Because no activity had occurred on the case since then, the Court issued an order to show cause for Plaintiff to explain by December 30, 2024 why the case should not be dismissed for failure to prosecute.  Dkt. No. 3.  Plaintiff timely responded that Plaintiff had "duly served the U.S. Department of State with the relevant documentation" but that the immigration issue had not been resolved.  Dkt. No. 4 at 1.  Defendants have not appeared, and no proof of service has been filed.  Accordingly, Plaintiff must file proof of service on Defendants by January 24, 2025 or else the case will be dismissed without prejudice for failure to prosecute.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 6th day of January, 2025.

Kymberly K. Evanson
United States District Judge