UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NUR MOHAMED NUR,<br><br>               Plaintiff,<br><br>   v.<br><br>HELEN LAFAVE, et al.,<br><br>               Defendants. | CASE NO. C24-0666-KKE<br><br>THIRD ORDER TO PROVIDE PROOF OF SERVICE |

      Plaintiff filed this immigration case on May 14, 2024. Dkt. No. 1. On December 9, 2024, the Court issued an order to show cause why the case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 4(m). Dkt. No. 3. On December 27, 2024, Plaintiff responded and requested the case remain open because the at-issue visa application had not been adjudicated. Dkt. No. 4. The Court then ordered Plaintiff to provide proof of service under Federal Rule of Civil Procedure 4. Dkt. No. 5. Plaintiff responded with a certified mail receipt evidencing delivery to an unspecified address in Washington, D.C. Dkt. No. 6. The Court issued a second order to provide proof of service explaining that Plaintiff "had to provide proof of service on the United States Attorney for the Western District of Washington and the Attorney General of the United States" under Federal Rule of Civil Procedure 4(i)(1). Dkt. No. 7. The Court also explained that Plaintiff's mailing receipt failed to show "what was sent, the recipient's address, or provide proof of who accepted delivery" under Federal Rule of Civil Procedure 4(i)(2).

THIRD ORDER TO PROVIDE PROOF OF SERVICE - 1

Dkt. No. 7 at 1–2.  The Court ordered Plaintiff to provide proof of service on "the United States Attorney for the Western District of Washington, the Attorney General of the United States, and the Department of State." *Id.* at 2.

On May 16, 2025, Plaintiff filed "proof of service" on "the U.S. Department of State-via certified mail." Dkt. No. 8.  This, again, failed to comply with the Court's order to serve the United States Attorney for the Western District of Washington and the Attorney General of the United States and failed to provide the address where the certified mail was sent.  *See id.*  Accordingly, Plaintiff is ORDERED to serve the complaint and summons (Dkt. Nos. 1, 2) as follows:

1. Serve the Department of State by registered or certified mail to: The Executive Office of the Legal Adviser and Bureau of Legislative Affairs, Suite 5.600, 600 19th Street NW, Washington, DC 20522.

2. Serve the U.S. Attorney's Office for the Western District of Washington by registered or certified mail to: United States Attorney's Office, Attn: Civil Process Clerk, 700 Stewart Street, Suite 5220, Seattle, Washington 98101.

3. Serve the Attorney General of the United States by registered or certified mail to: Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, Washington, D.C. 20530.

Plaintiff must file proof of service of the complaint and summons on all three entities by July 18, 2025 or the case will be dismissed without prejudice.  While Plaintiff has previously filed certified mail receipts and tracking information as proof of service, to date, these filings have not indicated the **full address** where the mail was sent.  Rather, they state only "Washington DC 20522[.]" Dkt. Nos. 6, 8.  Without the full address, the Court is unable to assess whether Defendants have been properly served.  Accordingly, when filing proof of service, Plaintiff must include the full address used for each entity on the proof of service form, if such addresses are not listed on the certified mail or registered mail receipts.  Plaintiff shall also confirm that for each mailing, the complaint and summons was included.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 26th day of June, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge