UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NUR MOHAMED NUR,<br>           Plaintiff(s),<br>   v.<br><br>HELEN LAFAVE,<br>           Defendant(s). | CASE NO. C24-0666-KKE<br><br>ORDER GRANTING STIPULATED MOTION FOR ABEYANCE |

This matter comes before the Court on the parties' Stipulated Motion to Hold Case in Abeyance. For the reasons stated in the Motion, the Court finds good cause to hold this case in abeyance while the U.S. Embassy in Dhaka, Bangladesh, takes the next steps in processing Plaintiff's son's visa application in response to information it recently received. The parties represent that further litigation may be unnecessary after this process is completed.

Accordingly, the Motion is GRANTED and the case will be held in abeyance until October 3, 2025. The parties shall submit a status report on or before October 3, 2025.

Dated this 19th day of September, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR ABEYANCE - 1