District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NUR MOHAMED NUR,

               Plaintiff,

    v.

HELEN LAFAVE, *et al.*,

               Defendants.

Case No. 2:24-cv-00666-KKE

STIPULATED MOTION TO DISMISS AND ORDER

Noted for Consideration:
September 29, 2025

      Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking to compel Defendants to re-adjudicate his son's visa application. His son's visa has been issued, and this case is now moot.

//

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00666-KKE] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Dated: September 29, 2025

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

*I certify that this memorandum contains 62 words, in compliance with the Local Civil Rules.*

 Please see PDF for Signature
NUR MOHAMED NUR
15712 39TH Place S, Apt. E9
Tukwila, Washington 98188
Phone: 206-766-0572
Email: nurshaanbow@gmail.com
*Pro Se Plaintiff*

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00666-KKE] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

# ORDER

The case is dismissed without prejudice. It is so **ORDERED**.

DATED this 30th day of September, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-00666-KKE] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800